UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ASTRA OIL COMPANY LLC,

                       Plaintiff,

    -against-

HYDRO SYNTEC CHEMICALS, INC.,

                      Defendant.

------------------------------------------------------------x

1:13-cv-08395 (ALC)

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

In lieu of the Order to Show Cause Hearing currently scheduled for January 17, 2014, the Court will hold a status conference in this action on January 17, 2014 at 11:00 a.m. Counsel for both parties are ORDERED to appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306 on the date and time specified above.

SO ORDERED.

Dated: January 15, 2014
        New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge