LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW†
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES III†

JESSICA A. DE VIVO§

†ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
‡ALSO ADMITTED TO NEW JERSEY & TEXAS
§ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988
E-MAIL:JIMTEX@CCKVT.COM

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

January 31, 2014

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: **Astra Oil Company LLC v. Hydro Syntec Chemicals, Inc.;**
    **U.S.D.C., Southern District of New York, 13-CV-8395 (ALC)**

Your Honor,

We refer to the above captioned matter and the recent hearings on January 17th and 24th.

At one of the hearings, we advised the Court that the Astra/Hydro Oregon proceeding as associated with the attachment of Hydro funds, was scheduled for Tuesday, January 28th. Recently, the Oregon Court adjourned the hearing to February 18th.

Very truly yours,
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

James M. Textor

cc:  Carter Ledyard & Milburn LLP
     Judith A. Lockhart, Esq.